GHASSAN SALEH *v.* RIBEIRO TRUCKING, LLC, ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 117 Conn. App. 821 (AC 29825), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court abused its discretion in granting the remittitur and setting aside the verdict?"

The Supreme Court docket number is SC 18515.

*Kasey Procko Burchman* and *Michael Feldman,* in support of the petition.

*Stephanie S. Baier* and *Richard C. Mahoney*, in opposition.

Decided December 17, 2009